# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ------------------------------------------------------------ X | |
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>Judge David R. Herndon |
| ------------------------------------------------------------ | |
| **This Document Relates to:** | **ORDER** |
| *Delma Reyes v. Bayer Corp. et al.* No. 3:10-cv-12765-DRH-PMF | |
| *Larisa Hardie v. Bayer Corp. et al.* No. 3:10-cv-12666-DRH-PMF | |

**ORDER**

**HERNDON, Chief Judge:**

The Plaintiffs in the above captioned member actions have moved to vacate the orders of dismissal entered on June 29, 2011 (*Reyes* Doc. 7; *Hardie*Doc. 7) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (*Reyes* Doc. 9; *Hardie*Doc. 10). Bayer is not opposed to plaintiff's motion (*Reyes* Doc. 10; *Hardie*Doc. 11).

Accordingly, the Court hereby **vacates** the Order dismissing without prejudice the above captioned cases and thereby **reinstates** plaintiffs' cases.

**SO ORDERED:**

David R. Herndon
2011.07.10
19:00:13 -05'00'

**Chief Judge**  Date: July 10, 2011
**United States District**